IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-48-MU

| | | |
|---|---|---|
| DIAGNOSTIC DEVICES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CAPITAL GROWTH ASSET BASED | ) | |
| BRIDGE LOAN FUND II, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before this Court on Plaintiff's Motion to Extend Temporary Restraining Order. The parties are ordered to appear for a hearing in Courtroom #3 on Thursday, February 11, 2010, at 10:30 a.m. The parties have until 5:00 p.m. on February 10, 2010 to submit memoranda of law. Defendant is ordered to abide by the terms of the State Court TRO until this Court issues its ruling.

Signed: February 9, 2010

Graham C. Mullen
United States District Judge