IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-48-MU

| | | |
|---|---|---|
| DIAGNOSTIC DEVICES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CAPITAL GROWTH ASSET BASED | ) | |
| BRIDGE LOAN FUND II, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before this Court on Defendant's Motion to Transfer Venue. For the reasons stated in open Court, Defendant's motion is GRANTED. This Court transfers venue to the Southern District of Florida. With the consent of Defendant, the TRO remains in effect, and the bond posted by the Plaintiff is ordered released without an account to the Defendant, subject to the right of Defendant to later request the posting of a bond as may be warranted by the progress of this action and any restraining orders or injunctive relief. SO ORDERED.

Signed: March 9, 2010

Graham C. Mullen
United States District Judge